Eron Z. Cannon, OSB No. 145794
Michelle Hyer, admitted PHV 12/12/23
eron@favros.com
michelleh@favros.com
**FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE, PLLC**
3131 Elliott Avenue, Suite 300
Seattle, WA 98121
Telephone: 206.749.0094
Facsimile: 206.749.0194
Attorneys for Defendant Sequel Youth
and Family Services, LLC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| A.S. a pseudonym,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF OREGON, by and through its Department of Human Services, RED ROCK CANYON SCHOOL, L.L.C., a limited liability company, RED ROCK CANYON SCHOOL NON-PROFIT ORGANIZATION, a foreign nonprofit; SEQUEL TSI HOLDINGS, LLC, a foreign limited liability company; SEQUEL YOUTH AND FAMILY SERVICES, LLC, a foreign limited liability company; VIVANT BEHAVIORAL HEALTHCARE, LLC, a foreign limited liability company; SEQUEL YOUTH SERVICES OF RED ROCK CANYON, LLC, a foreign limited liability company; MARILYN JONES in her individual and official capacity; JANA MCLELLAN, in her individual and official capacity; GLENDA MARSHALL in her individual and professional capacity; RYAN SANTI, in his individual and official capacity; GENA PALM, in her individual and professional capacity; and. JOHN STUPAK, in his individual and official capacity,<br>　　　　　Defendants. | NO. 3:23-cv-01643<br><br>DEFENDANTS SEQUEL TSI HOLDINGS, LLC; SEQUEL YOUTH AND FAMILY SERVICES, LLC; AND SEQUEL YOUTH SERVICES OF RED ROCK CANYON, LLC'S CORPORATE DISCLOSURE |

DEFENDANTS SEQUEL TSI HOLDINGS, LLC; SEQUEL YOUTH AND FAMILY SERVICES, LLC; AND SEQUEL YOUTH SERVICES OF RED ROCK CANYON, LLC'S CORPORATE DISCLOSURE - 1

(CASE NO. 3:23-CV-01643 )

**FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE, PLLC**
701 Fifth Avenue, Suite 4750
Seattle, WA  98104
p. 206-749-0094 ・ f. 206-749-0194

Pursuant to Federal Rule of Civil Procedure 7.1, SEQUEL TSI HOLDINGS, LLC; SEQUEL YOUTH AND FAMILY SERVICES, LLC; AND SEQUEL YOUTH SERVICES OF RED ROCK CANYON, LLC certify as follows:

1. Sequel TSI Holdings, LLC, is a limited liability company with its principal place of business in Alabama and has no parent corporation and is not publicly traded and no publicly held corporation owns 10% or more of its stock. It is registered in Alabama.

2. Sequel Youth and Family Services, LLC, is a limited liability company with its principal place of business in Alabama and has no parent corporation and is not publicly traded and no publicly held corporation owns 10% or more of its stock. It is registered as a foreign corporation in Washington State.

3. Sequel Youth Services of Red Rock Canyon, LLC, is a limited liability company with a place of business in Utah and has no parent corporation and is not publicly traded and no publicly held corporation owns 10% or more of its stock. It is registered as a foreign corporation in Nevada.

Defendants will promptly notify the Court of any change in this information.

DATED this 13th day of December, 2023.

> FAIN ANDERSON VANDERHOEF
> ROSENDAHL O'HALLORAN SPILLANE, PLLC
>
> By: /s/Michelle L. Hyer
>   Eron Z. Cannon, OSB No. #145794
>   Michelle L. Hyer, admitted PHV 12/12/23
>   Fain Anderson VanDerhoef Rosendahl
>   O'Halloran Spillane, PLLC
>   3131 Elliott Avenue, Suite 300
>   Seattle, WA 98121
>   (206) 749-0094

DEFENDANTS SEQUEL TSI HOLDINGS, LLC; SEQUEL YOUTH AND FAMILY SERVICES, LLC; AND SEQUEL YOUTH SERVICES OF RED ROCK CANYON, LLC'S CORPORATE DISCLOSURE - 2

(CASE NO. 3:23-CV-01643 )

**FAIN ANDERSON VANDERHOEF**
**ROSENDAHL O'HALLORAN SPILLANE, PLLC**
701 Fifth Avenue, Suite 4750
Seattle, WA 98104
p. 206-749-0094 • f. 206-749-0194

# CERTIFICATE OF SERVICE

I declare under penalty of perjury of the laws of the State of Washington that on the date below a copy of the foregoing document was forwarded for service upon counsel of record as follows:

*Counsel for Plaintiff*
Jeremiah Ross
Ross Law LLC
1207 SW Sixth Ave.
Portland, OR 97204
ross@rosslawllc.com

☐ Regular U.S. Mail
☐ Facsimile (888) 499-2575
☐ ABC Legal Messenger
☒ E-mail/ ECF

*Counsel for Defendants State of Oregon, Marilyn Jones, Glenda Marshall, and Jana McLellan*
Craig M. Johnson
Oregon Department of Justice
Assistant Attorney General
1162 Court St. NE
Salem, OR 97301
craig.m.johnson@doj.state.or.us

☐ Regular U.S. Mail
☐ Facsimile (888) 499-2575
☐ ABC Legal Messenger
☒ E-mail/ ECF

Drew K. Baumchen
Department of Justice
1162 Court Street NE
Salem, OR 97301-0496
Drew.Baumchen@doj.state.or.us

Signed at Seattle, Washington this 13th day of December, 2023.

*/s/Donna Steinmetz*
Donna Steinmetz, *Legal Assistant*

DEFENDANTS SEQUEL TSI HOLDINGS, LLC; SEQUEL YOUTH AND FAMILY SERVICES, LLC; AND SEQUEL YOUTH SERVICES OF RED ROCK CANYON, LLC'S CORPORATE DISCLOSURE - 3

(CASE NO. 3:23-CV-01643 )

**FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE, PLLC**
701 Fifth Avenue, Suite 4750
Seattle, WA 98104
p. 206-749-0094 • f. 206-749-0194