MINNEY THIND (SBN 232144)
Minney.thind@bipc.com
BUCHANAN INGERSOLL & ROONEY PC
One America Plaza
600 West Broadway, Suite 1100
San Diego, CA 92101
Telephone:	619-239-8700
Fax:	619-702-3898

Attorney for Defendant
VIVANT BEHAVIORAL HEALTHCARE, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| A.S. a pseudonym,<br><br>   Plaintiff,<br> v.<br><br>STATE OF OREGON, by and through its Department of Human Services, RED ROCK CANYON SCHOOL, L.L.C., a limited liability company, RED ROCK CANYON SCHOOL NON-PROFIT ORGANIZATION, a foreign nonprofit; SEQUEL TSI HOLDINGS, LLC, a foreign limited liability company; SEQUEL YOUTH AND FAMILY SERVICES, LLC, a foreign limited liability company; VIVANT BEHAVIORAL HEALTHCARE, LLC, a foreign limited liability company; SEQUEL YOUTH SERVICES OF RED ROCK CANYON, LLC, a foreign limited liability company. MARILYN JONES, in her individual and official capacity; JANA MCLELLAN, in her individual and official capacity; GLENDA MARSHALL, in her individual and professional capacity; RYAN SANTI, in his individual and official capacity; GENA PALM, in her individual and professional capacity; and JOHN STUPAK, in his individual and official capacity,<br><br>   Defendants. | Case No.   3:23-cv-01643-MO<br><br>DEFENDANT VIVANT BEHAVIORAL HEALTHCARE, LLC'S  ANSWER TO PLAINTIFF'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. RULE 7.1 |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Vivant Behavioral Healthcare, LLC makes the following disclosure:

The sole member of the Vivant Behavioral Healthcare, LLC is Vivant Behavioral Holdings, LLC. There is no publicly traded corporation that owns 10% or more of the stock of either entity.

DATED: January 2, 2024

Respectfully submitted,

**BUCHANAN INGERSOLL & ROONEY PC**

_____
Minney Thind, OSB# 232144
Buchanan Ingersoll & Rooney, PC
401 W A St., Ste. 1900
San Diego, CA 92101
Attorney for Vivant Behavioral Healthcare, LLC

# CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of January, 2024, service of a true and correct copy of Defendant's Rule 7.1 Disclosure Statement was made via this Court's Electronic Filing System (ECF) upon the following:

<u>Attorneys for Plaintiff</u>
Jeremiah Ross
Ross Law L.L.C.
1207 SW 6th Ave.
Portland, OR 97204
ross@rosslawllc.com
thorn@rosslawllc.com

<u>Attorneys for the State Defendant</u>
Drew K. Baumchen
Craig M. Johnson
Senior Assistant Attorney General
Trial Lawyers
100 SW Market Street
Portland, OR 97201
Drew.baumchen@doj.state.or.us
Craig.m.johnson@doj.state.or.us

<u>Attorneys for Defendants Sequel TSI Holdings, LLC, Sequel Youth Services of Red Rock Canyon, LLC; Sequel Youth and Family Services, LLC</u>
Eron Z. Cannon
Michelle Hyer
FAVROS Law, PLLC
3131 Elliot Avenue, Suite 300
Seattle, WA 98121
eron@favros.com
michelleh@favros.com

Minney Thind, OSB# 232144
Buchanan Ingersoll, PC
401 W A St., Ste. 1900
San Diego, CA 92101
Attorney for Vivant Behavioral Healthcare, LLC