1   Eron Z. Cannon, OSB No. 145794
2   Michelle Hyer, admitted PHV 12/12/23
    eron@favros.com
3   michelleh@favros.com
    **FAIN ANDERSON VANDERHOEF**
4   **ROSENDAHL O'HALLORAN SPILLANE, PLLC**
    3131 Elliott Avenue, Suite 300
5   Seattle, WA 98121
    Telephone: 206.749.0094
6   Facsimile: 206.749.0194
    Attorneys for Defendant Sequel Youth
7   and Family Services, LLC

8

9

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

10  | A.S. a pseudonym, | NO. 3:23-cv-01643 |

11              Plaintiff,

        v.                                DEFENDANTS SEQUEL TSI HOLDINGS,
12                                          LLC; SEQUEL YOUTH AND FAMILY
    STATE OF OREGON, by and through its    SERVICES, LLC; AND SEQUEL YOUTH
13  Department of Human Services, RED ROCK  SERVICES OF RED ROCK CANYON, LLC,
    CANYON SCHOOL, L.L.C., a limited liability ANSWER TO PLAINTIFF'S **FIRST**
14  company, RED ROCK CANYON SCHOOL        **AMENDED** COMPLAINT
    NON-PROFIT ORGANIZATION, a foreign
15  nonprofit; SEQUEL TSI HOLDINGS, LLC, a  DEMAND FOR JURY TRIAL
    foreign limited liability company; SEQUEL
16  YOUTH AND FAMILY SERVICES, LLC, a
    foreign limited liability company; VIVANT
17  BEHAVIORAL HEALTHCARE, LLC, a
    limited liability company; SEQUEL
18  YOUTH SERVICES OF RED ROCK
    CANYON, LLC, a foreign limited liability
19  company; MARILYN JONES in her individual
    and official capacity; JANA MCLELLAN, in
20  her individual and official capacity; GLENDA
    MARSHALL in her individual and
21  professional capacity; RYAN SANTI, in his
    individual and official capacity; GENA PALM,
22  in her individual and professional capacity; and.
    JOHN STUPAK, in his individual and official
23  capacity,
                        Defendants.
24

25

DEFENDANTS SEQUEL TSI HOLDINGS, LLC;
SEQUEL YOUTH AND FAMILY SERVICES, LLC;
AND SEQUEL YOUTH SERVICES OF RED ROCK
CANYON, LLC, ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT - 1

**FAIN ANDERSON VANDERHOEF ROSENDAHL**
**O'HALLORAN SPILLANE, PLLC**
3131 Elliott Avenue, Suite 300
Seattle, WA 98121
p. 206-749-0094 · f. 206-749-0194

Defendants SEQUEL TSI HOLDINGS, LLC, SEQUEL YOUTH AND FAMILY SERVICES, LLC, SEQUEL YOUTH SERVICES OF RED ROCK CANYON, LLC, RYAN SANTI, GENA PALM, and JOHN STUPAK, herein after "Defendants" answer Plaintiff's Complaint as follows:

1.    This paragraph contains a legal conclusion to which no response is required.

2.    Paragraph #2 contains allegations that do not relate to the answering defendants and, as such, does not require a response. To the extent that a response is required, the answering defendants deny for lack of information.

3.    Paragraph #3 contains allegations that do not relate to the answering defendants and, as such, does not require a response. To the extent that a response is required, the answering defendants deny for lack of information.

4.    Paragraph #4 contains allegations that do not relate to the answering defendants and, as such, does not require a response. To the extent that a response is required, the answering defendants deny for lack of information.

5.    Sequel Youth Services of Red Rock Canyon, LLC, is a limited liability company with a place of business in Alabama. The remaining allegations in this paragraph call for a legal conclusion as to agency, and do not require a response. If a response is deemed to be required, answering defendants deny.

6.    Defendants lack sufficient information to admit or deny the allegations contained in paragraph #6, so they are denied. This paragraph contains legal conclusions as to agency, to which no response is necessary about if a response is deemed to be required, the answering defendants deny.

7.    Paragraph #7 contains allegations that do not relate to the answering defendants and, as such, does not require a response. To the extent that a response is required, the answering

DEFENDANTS SEQUEL TSI HOLDINGS, LLC;
SEQUEL YOUTH AND FAMILY SERVICES, LLC;
AND SEQUEL YOUTH SERVICES OF RED ROCK
CANYON, LLC, ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT - 2

FAIN ANDERSON VANDERHOEF ROSENDAHL
O'HALLORAN SPILLANE, PLLC
3131 Elliott Avenue, Suite 300
Seattle, WA 98121
p. 206-749-0094 · f. 206-749-0194

defendants deny for lack of information.  Answering defendants deny all allegations of agency, which calls for a legal conclusion.

8.      Paragraph #8 contains allegations that do not relate to the answering defendants and, as such, does not require a response.  To the extent that a response is required, the answering defendants deny for lack of information.

9.      Paragraph #9 contains allegations that do not relate to the answering defendants and, as such, does not require a response.  To the extent that a response is required, the answering defendants deny for lack of information.

10.     Paragraph #10 contains allegations that do not relate to the answering defendants and, as such, does not require a response.  To the extent that a response is required, the answering defendants deny for lack of information.

11.     Answering defendants admit that Ryan Santi is a former employee of Sequel.  As to the remainder of paragraph #11, the answering defendants lack sufficient information to admit or deny the allegations contained within Paragraph #11, so they are hereby denied. Plaintiff is left to his proof.

12.     Answering defendants admit that Gena Palm is a former employee of Sequel.  As to the remainder of paragraph #12, the answering defendants lack sufficient information to admit or deny the allegations contained within Paragraph #12, so they are hereby denied. Plaintiff is left to her proof.

13.     Answering defendants admit that John Stupak is a former employee of Sequel.  As to the remainder of paragraph #13, the answering defendants lack sufficient information to admit or deny the allegations contained within Paragraph #13, so they are hereby denied.

14.     Defendants lack sufficient information to admit or deny the allegations contained in paragraph #14, so they are denied.  This paragraph contains legal conclusions as to agency, to

DEFENDANTS SEQUEL TSI HOLDINGS, LLC;
SEQUEL YOUTH AND FAMILY SERVICES, LLC;
AND SEQUEL YOUTH SERVICES OF RED ROCK
CANYON, LLC, ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT - 3

FAIN ANDERSON VANDERHOEF ROSENDAHL
O'HALLORAN SPILLANE, PLLC
3131 Elliott Avenue, Suite 300
Seattle, WA 98121
p. 206-749-0094 · f. 206-749-0194

which no response is necessary about if a response is deemed to be required, the answering defendants deny.

15.     Defendants lack sufficient information to admit or deny the allegations contained in paragraph #15, so they are denied.  This paragraph contains legal conclusions as to agency, to which no response is necessary about if a response is deemed to be required, the answering defendants deny.

16.     Defendants lack sufficient information to admit or deny the allegations contained in paragraph #16, so they are denied.  This paragraph contains legal conclusions as to agency, to which no response is necessary about if a response is deemed to be required, the answering defendants deny.

17.     Defendants lack sufficient information to admit or deny the allegations contained in paragraph #17, so they are denied.  This paragraph contains legal conclusions as to agency, to which no response is necessary about if a response is deemed to be required, the answering defendants deny.

18.     Defendants lack sufficient information to admit or deny the allegations contained in paragraph #18, so they are denied.  This paragraph contains legal conclusions as to agency, to which no response is necessary about if a response is deemed to be required, the answering defendants deny.

19.     Paragraph #19 contains allegations that do not relate to the answering defendants and, as such, does not require a response.  To the extent that a response is required, the answering defendants deny for lack of information.

20.     Defendants lack sufficient information to admit or deny the allegations contained in paragraph #20, so they are denied.

21.     Paragraph #21 contains allegations that do not relate to the answering defendants

DEFENDANTS SEQUEL TSI HOLDINGS, LLC;
SEQUEL YOUTH AND FAMILY SERVICES, LLC;
AND SEQUEL YOUTH SERVICES OF RED ROCK
CANYON, LLC, ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT - 4

FAIN ANDERSON VANDERHOEF ROSENDAHL
O'HALLORAN SPILLANE, PLLC
3131 Elliott Avenue, Suite 300
Seattle, WA 98121
p. 206-749-0094 • f. 206-749-0194

and, as such, does not require a response.  To the extent that a response is required, the answering defendants deny for lack of information.

22.    This paragraph (and all subparts) contains a legal conclusion to which no response is required.  To the extent that a response is required, the answering defendants deny for lack of information.

23.    This paragraph contains no factual allegations and therefore no response is required.

24.    This paragraph (and all subparts) contains no factual allegations and therefore no response is required.

25.    This paragraph (and all subparts) contains no factual allegations and therefore no response is required.

26.    This paragraph (and all subparts) contains no factual allegations and therefore no response is required.

27.    This paragraph contains no factual allegations, calls for a legal conclusion and therefore no response is required.  To the extent a response is deemed to be required, deny.

28.    Defendants lack sufficient information to admit or deny the allegations contained in paragraph #28, so they are denied.

29.    Defendants lack sufficient information to admit or deny the allegations contained in paragraph #29, so they are denied.

30.    Defendants lack sufficient information to admit or deny the allegations contained in paragraph #30, so they are denied.

31.    Defendants lack sufficient information to admit or deny the allegations contained in paragraph #31, so they are denied.

DEFENDANTS SEQUEL TSI HOLDINGS, LLC;
SEQUEL YOUTH AND FAMILY SERVICES, LLC;
AND SEQUEL YOUTH SERVICES OF RED ROCK
CANYON, LLC, ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT - 5

FAIN ANDERSON VANDERHOEF ROSENDAHL
O'HALLORAN SPILLANE, PLLC
3131 Elliott Avenue, Suite 300
Seattle, WA 98121
p. 206-749-0094 · f. 206-749-0194

1    32.    Defendants lack sufficient information to admit or deny the allegations contained

2    in paragraph #32, so they are denied.

3    33.    Paragraph #33 contains allegations that do not relate to the answering defendants

4    and, as such, does not require a response.  To the extent that a response is required, the answering

5    defendants deny for lack of information.

6    34.    Paragraph #34 contains allegations regarding Glenda Marshall that do not relate to

7    the answering defendants and, as such, does not require a response.  As to the remaining allegations

8    contained in Paragraph #34, the answering defendants deny for lack of information.

9    35.    Paragraph #35 contains allegations that do not relate to the answering defendants

10   and, as such, does not require a response.  To the extent that a response is required, the answering

11   defendants deny for lack of information.

12   36.    Paragraph #36 contains allegations that do not relate to the answering defendants

13   and, as such, does not require a response.  To the extent that a response is required, the answering

14   defendants deny for lack of information.

15   37.    Paragraph #37 contains allegations regarding defendants Jones, McLellan and

16   Marshall that do not relate to the answering defendants and, as such, does not require a response.

17   As to the remaining allegations contained in Paragraph #37, the answering defendants deny for

18   lack of information.

19   38.    Defendants lack sufficient information to admit or deny the allegations contained

20   in paragraph #38, so they are denied.

21   39.    Paragraph #39 contains allegations that do not relate to the answering defendants

22   and, as such, does not require a response.  To the extent that a response is required, the answering

23   defendants deny for lack of information.

24   40.    Defendants lack sufficient information to admit or deny the allegations contained

25

DEFENDANTS SEQUEL TSI HOLDINGS, LLC;
SEQUEL YOUTH AND FAMILY SERVICES, LLC;
AND SEQUEL YOUTH SERVICES OF RED ROCK
CANYON, LLC, ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT - 6

**FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE, PLLC**
3131 Elliott Avenue, Suite 300
Seattle, WA 98121
p. 206-749-0094 · f. 206-749-0194

1    in paragraph #38 (and all subparts), so they are denied.

2        41.    Paragraph #41 contains allegations that do not relate to the answering defendants

3    and, as such, does not require a response.  To the extent that a response is required, the answering

4    defendants deny for lack of information.

5        42.    Defendants lack sufficient information to admit or deny the allegations contained

6    in paragraph #42, so they are denied.

7        43.    Paragraph #43 contains allegations that do not relate to the answering defendants

8    and, as such, does not require a response.  To the extent that a response is required, the answering

9    defendants deny for lack of information.

10       44.    Defendants lack sufficient information to admit or deny the allegations contained

11   in paragraph #44, so they are denied.

12       45.    Defendants lack sufficient information to admit or deny the allegations contained

13   in paragraph #45, so they are denied.

14       46.    Defendants lack sufficient information to admit or deny the allegations contained

15   in paragraph #46, so they are denied.

16       47.    Defendants lack sufficient information to admit or deny the allegations contained

17   in paragraph #47, so they are denied.

18       48.    Defendants lack sufficient information to admit or deny the allegations contained

19   in paragraph #48, so they are denied.

20       49.    Defendants lack sufficient information to admit or deny the allegations contained

21   in paragraph #49, so they are denied.

22   ///

23   //

24   /

25

DEFENDANTS SEQUEL TSI HOLDINGS, LLC;
SEQUEL YOUTH AND FAMILY SERVICES, LLC;
AND SEQUEL YOUTH SERVICES OF RED ROCK
CANYON, LLC, ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT - 7

FAIN ANDERSON VANDERHOEF ROSENDAHL
O'HALLORAN SPILLANE, PLLC
3131 Elliott Avenue, Suite 300
Seattle, WA 98121
p. 206-749-0094 · f. 206-749-0194

1

**FIRST CLAIM FOR RELIEF (Negligence)**

2

Defendants re-allege and incorporate their responses to paragraphs 1–49.

3

### Count I: Negligence Against DSHS

4

50.    Paragraph #50 contains allegations that do not relate to the answering defendants

5

and, as such, does not require a response.  To the extent that a response is required, the answering

6

defendants deny for lack of information.

7

51.    Paragraph #51 (and all subparts) contains allegations that do not relate to the

8

answering defendants and, as such, does not require a response.  To the extent that a response is

9

required, the answering defendants deny for lack of information.

10

### COUNT TWO: Negligence against "Red Rock Management"

11

52.    This paragraph makes allegations against "Red Rock Management" which,

12

according to Paragraph #7, includes defendants other than the answering defendants.  To the extent

13

the allegations in this paragraph are directed to other defendants, no response is needed.  To the

14

extent that this paragraph is directed to the answering defendants, it contains no factual allegations

15

and legal conclusions only to which no response is required.

16

53.    This paragraph makes allegations against "Red Rock Management" which,

17

according to Paragraph #7, includes defendants other than the answering defendants.  To the extent

18

the allegations in this paragraph are directed to other defendants, no response is needed.  As to the

19

answering defendants, deny.

20

53(a). This paragraph makes allegations against "Red Rock Management" which,

21

according to Paragraph #7, includes defendants other than the answering defendants.  To the extent

22

the allegations in this paragraph are directed to other defendants, no response is needed.  As to the

23

answering defendants, deny.

24

25

DEFENDANTS SEQUEL TSI HOLDINGS, LLC;
SEQUEL YOUTH AND FAMILY SERVICES, LLC;
AND SEQUEL YOUTH SERVICES OF RED ROCK
CANYON, LLC, ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT - 8

**FAIN ANDERSON VANDERHOEF ROSENDAHL
O'HALLORAN SPILLANE, PLLC**
3131 Elliott Avenue, Suite 300
Seattle, WA 98121
p. 206-749-0094 · f. 206-749-0194

53(b). This paragraph makes allegations against "Red Rock Management" which, according to Paragraph #7, includes defendants other than the answering defendants. To the extent the allegations in this paragraph are directed to other defendants, no response is needed. As to the answering defendants, deny.

53(c). This paragraph makes allegations against "Red Rock Management" which, according to Paragraph #7, includes defendants other than the answering defendants. To the extent the allegations in this paragraph are directed to other defendants, no response is needed. As to the answering defendants, deny.

53(d). This paragraph makes allegations against "Red Rock Management" which, according to Paragraph #7, includes defendants other than the answering defendants. To the extent the allegations in this paragraph are directed to other defendants, no response is needed. As to the answering defendants, deny.

53(e). This paragraph makes allegations against "Red Rock Management" which, according to Paragraph #7, includes defendants other than the answering defendants. To the extent the allegations in this paragraph are directed to other defendants, no response is needed. As to the answering defendants, deny for lack of information.

53(f). This paragraph makes allegations against "Red Rock Management" which, according to Paragraph #7, includes defendants other than the answering defendants. To the extent the allegations in this paragraph are directed to other defendants, no response is needed. As to the answering defendants, deny for lack of information.

53(g). This paragraph makes allegations against "Red Rock Management" which, according to Paragraph #7, includes defendants other than the answering defendants. To the extent the allegations in this paragraph are directed to other defendants, no response is needed. As to the answering defendants, deny for lack of information.

DEFENDANTS SEQUEL TSI HOLDINGS, LLC; SEQUEL YOUTH AND FAMILY SERVICES, LLC; AND SEQUEL YOUTH SERVICES OF RED ROCK CANYON, LLC, ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT - 9

FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE, PLLC
3131 Elliott Avenue, Suite 300
Seattle, WA 98121
p. 206-749-0094 · f. 206-749-0194

53(h).  This paragraph makes allegations against "Red Rock Management" which, according to Paragraph #7, includes defendants other than the answering defendants.  To the extent the allegations in this paragraph are directed to other defendants, no response is needed.  As to the answering defendants, deny for lack of information.

53(i).  This paragraph makes allegations against "Red Rock Management" which, according to Paragraph #7, includes defendants other than the answering defendants.  To the extent the allegations in this paragraph are directed to other defendants, no response is needed.  As to the answering defendants, deny for lack of information. (The allegations in this paragraph also do not support the stated tort of negligence.)

## COUNT THREE: Negligence Per Se Against DSHS

54.  Paragraph #54 contains allegations that do not relate to the answering defendants and, as such, does not require a response.  All claims regarding agency of the answering defendants are denied.  To the extent that a response is required as to the remaining allegations, the answering defendants deny for lack of information.

54(a).  Paragraph #54(a) contains allegations that do not relate to the answering defendants and, as such, does not require a response.  All claims regarding agency of the answering defendants are denied.  To the extent that a response is required as to the remaining allegations, the answering defendants deny for lack of information.

54(b).  Paragraph #54(b) contains allegations that do not relate to the answering defendants and, as such, does not require a response.  To the extent that a response is required as to the remaining allegations, the answering defendants deny for lack of information.

54(c).  Paragraph #54(c) contains allegations that do not relate to the answering defendants and, as such, does not require a response.  To the extent that a response is required as to the remaining allegations, the answering defendants deny for lack of information.

DEFENDANTS SEQUEL TSI HOLDINGS, LLC;
SEQUEL YOUTH AND FAMILY SERVICES, LLC;
AND SEQUEL YOUTH SERVICES OF RED ROCK
CANYON, LLC, ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT - 10

FAIN ANDERSON VANDERHOEF ROSENDAHL
O'HALLORAN SPILLANE, PLLC
3131 Elliott Avenue, Suite 300
Seattle, WA 98121
p. 206-749-0094 · f. 206-749-0194

54(d).   Paragraph #54(d) contains allegations that do not relate to the answering defendants and, as such, does not require a response.   To the extent that a response is required as to the remaining allegations, the answering defendants deny for lack of information.

54(e).   Paragraph #54(e) contains allegations that do not relate to the answering defendants and, as such, does not require a response.   To the extent that a response is required as to the remaining allegations, the answering defendants deny for lack of information.

54(f).   Paragraph #54(f) contains allegations that do not relate to the answering defendants and, as such, does not require a response.   To the extent that a response is required as to the remaining allegations, the answering defendants deny for lack of information.

54(g).   Paragraph #54(g) contains allegations that do not relate to the answering defendants and, as such, does not require a response.   To the extent that a response is required as to the remaining allegations, the answering defendants deny for lack of information.

54(h).   Paragraph #54(h) contains allegations that do not relate to the answering defendants and, as such, does not require a response.   To the extent that a response is required as to the remaining allegations, the answering defendants deny for lack of information.

**COUNT FOUR: Negligence Per Se Against "Red Rock Management"**

55.   This paragraph makes allegations against "Red Rock Management" which, according to Paragraph #7, includes defendants other than the answering defendants.  To the extent the allegations in this paragraph are directed to other defendants, no response is needed.  As to the answering defendants, deny.

55(a). This paragraph makes allegations against "Red Rock Management" which, according to Paragraph #7, includes defendants other than the answering defendants.  To the extent the allegations in this paragraph are directed to other defendants, no response is needed.  As to the answering defendants, deny for lack of information.

DEFENDANTS SEQUEL TSI HOLDINGS, LLC;
SEQUEL YOUTH AND FAMILY SERVICES, LLC;
AND SEQUEL YOUTH SERVICES OF RED ROCK
CANYON, LLC, ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT - 11

FAIN ANDERSON VANDERHOEF ROSENDAHL
O'HALLORAN SPILLANE, PLLC
3131 Elliott Avenue, Suite 300
Seattle, WA 98121
p. 206-749-0094 • f. 206-749-0194

55(b). This paragraph makes allegations against "Red Rock Management" which, according to Paragraph #7, includes defendants other than the answering defendants. To the extent the allegations in this paragraph are directed to other defendants, no response is needed. As to the answering defendants, deny for lack of information.

55(c). This paragraph makes allegations against "Red Rock Management" which, according to Paragraph #7, includes defendants other than the answering defendants. To the extent the allegations in this paragraph are directed to other defendants, no response is needed. As to the answering defendants, deny for lack of information.

55(d). This paragraph makes allegations against "Red Rock Management" which, according to Paragraph #7, includes defendants other than the answering defendants. To the extent the allegations in this paragraph are directed to other defendants, no response is needed. As to the answering defendants, deny for lack of information.

56.     To the extent that this paragraph is directed and the answering defendants, any allegation of negligence is denied. The remainder of this paragraph is an assertion for damages, which requires no response, but if a response is necessary, deny.

**SECOND CLAIM FOR RELIEF (Battery Against "Red Rock Management")**

57.     Defendants re-allege and incorporate their responses to paragraphs 1–57.

58.     This paragraph makes allegations against "Red Rock Management" which, according to Paragraph #7, includes defendants other than the answering defendants. To the extent the allegations in this paragraph are directed to other defendants, no response is needed. As to the answering defendants, deny for lack of information.

59.     This paragraph makes allegations against "Red Rock Management" which, according to Paragraph #7, includes defendants other than the answering defendants. To the extent

DEFENDANTS SEQUEL TSI HOLDINGS, LLC; SEQUEL YOUTH AND FAMILY SERVICES, LLC; AND SEQUEL YOUTH SERVICES OF RED ROCK CANYON, LLC, ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT - 12

FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE, PLLC
3131 Elliott Avenue, Suite 300
Seattle, WA 98121
p. 206-749-0094 · f. 206-749-0194

the allegations in this paragraph are directed to other defendants, no response is needed.  All legal conclusions regarding agency are denied.  As to the answering defendants, deny.

### THIRD CLAIM FOR RELIEF

### (Intentional Infliction of Emotional Distress Against "Red Rock Management")

60.    Defendants re-allege and incorporate their responses to paragraphs 1–59.

61.    This paragraph makes allegations against "Red Rock Management" which, according to Paragraph #7, includes defendants other than the answering defendants.  To the extent the allegations in this paragraph are directed to other defendants, no response is needed.  All legal conclusions regarding agency are denied.  As to the answering defendants, deny.

62.    This paragraph makes allegations against "Red Rock Management" which, according to Paragraph #7, includes defendants other than the answering defendants.  To the extent the allegations in this paragraph are directed to other defendants, no response is needed.  All legal conclusions regarding agency are denied.  As to the answering defendants, deny.

### FOURTH CLAIM FOR RELIEF

### (First Amendment Violation Against "Red Rock Management," Santi, Palm, and Stupak)

63.    Defendants re-allege and incorporate their responses to paragraphs 1–63.

64.    This paragraph makes allegations against "Red Rock Management" which, according to Paragraph #7, includes defendants other than the answering defendants.  To the extent the allegations in this paragraph are directed to other defendants, no response is needed.  All legal conclusions regarding agency are denied.  The remainder of this paragraph calls for legal conclusions to which no response is required.

65(a).  This paragraph makes allegations against "Red Rock Management" which, according to Paragraph #7, includes defendants other than the answering defendants.  To the extent the allegations in this paragraph are directed to other defendants, no response is needed.  All legal

DEFENDANTS SEQUEL TSI HOLDINGS, LLC;
SEQUEL YOUTH AND FAMILY SERVICES, LLC;
AND SEQUEL YOUTH SERVICES OF RED ROCK
CANYON, LLC, ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT - 13

FAIN ANDERSON VANDERHOEF ROSENDAHL
O'HALLORAN SPILLANE, PLLC
3131 Elliott Avenue, Suite 300
Seattle, WA 98121
p. 206-749-0094 · f. 206-749-0194

conclusions regarding agency are denied.  As to the answering defendants, deny for lack of information.

65(b). This paragraph makes allegations against "Red Rock Management" which, according to Paragraph #7, includes defendants other than the answering defendants.  To the extent the allegations in this paragraph are directed to other defendants, no response is needed.  All legal conclusions regarding agency are denied.  As to the answering defendants, deny for lack of information.

65(c). This paragraph makes allegations against "Red Rock Management" which, according to Paragraph #7, includes defendants other than the answering defendants.  To the extent the allegations in this paragraph are directed to other defendants, no response is needed.  All legal conclusions regarding agency are denied.  As to the answering defendants, deny for lack of information.

65(d). This paragraph makes allegations against "Red Rock Management" which, according to Paragraph #7, includes defendants other than the answering defendants.  To the extent the allegations in this paragraph are directed to other defendants, no response is needed.  All legal conclusions regarding agency are denied.  As to the answering defendants, deny for lack of information.

66.    To the extent the allegations in this paragraph are directed to other defendants, no response is needed.  All legal conclusions regarding agency are denied.  As to the answering defendants, deny for lack of information.

67.    This paragraph makes allegations against "Red Rock Management" which, according to Paragraph #7, includes defendants other than the answering defendants.  To the extent the allegations in this paragraph are directed to other defendants, no response is needed.  All legal

DEFENDANTS SEQUEL TSI HOLDINGS, LLC;
SEQUEL YOUTH AND FAMILY SERVICES, LLC;
AND SEQUEL YOUTH SERVICES OF RED ROCK
CANYON, LLC, ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT - 14

FAIN ANDERSON VANDERHOEF ROSENDAHL
O'HALLORAN SPILLANE, PLLC
3131 Elliott Avenue, Suite 300
Seattle, WA 98121
p. 206-749-0094 · f. 206-749-0194

conclusions regarding agency are denied.  As to the answering defendants, deny for lack of information.

68.    To the extent the allegations in this paragraph are directed to other defendants, no response is needed.  All legal conclusions regarding agency are denied.  As to the answering defendants, deny.

69.    This paragraph contains no allegations and no response is required.

70.    This paragraph contains no allegations and no response is required.

## FIFTH CLAIM FOR RELIEF

**(First Amendment Violation Against "Red Rock Management," Santi, Palm, and Stupak)**

71.    Defendants re-allege and incorporate their responses to paragraphs 1–70.

72.    This paragraph makes allegations against "Red Rock Management" which, according to Paragraph #7, includes defendants other than the answering defendants.  To the extent the allegations in this paragraph are directed to other defendants, no response is needed.  As to the answering defendants, this paragraph calls for a legal conclusion to which no response is required.

73.    This paragraph makes allegations against "Red Rock Management" which, according to Paragraph #7, includes defendants other than the answering defendants.  To the extent the allegations in this paragraph are directed to other defendants, no response is needed.  As to the answering defendants, this paragraph calls for a legal conclusion to which no response is required and therefore deny.  All allegations of agency are denied.

74(a).  This paragraph makes allegations against "Red Rock Management" which, according to Paragraph #7, includes defendants other than the answering defendants.  To the extent the allegations in this paragraph are directed to other defendants, no response is needed.  All allegations of agency are denied.  As to the answering defendants, denied for lack of information.

DEFENDANTS SEQUEL TSI HOLDINGS, LLC;
SEQUEL YOUTH AND FAMILY SERVICES, LLC;
AND SEQUEL YOUTH SERVICES OF RED ROCK
CANYON, LLC, ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT - 15

FAIN ANDERSON VANDERHOEF ROSENDAHL
O'HALLORAN SPILLANE, PLLC
3131 Elliott Avenue, Suite 300
Seattle, WA 98121
p. 206-749-0094 · f. 206-749-0194

74(b). This paragraph makes allegations against "Red Rock Management" which, according to Paragraph #7, includes defendants other than the answering defendants. To the extent the allegations in this paragraph are directed to other defendants, no response is needed. All allegations of agency are denied. As to the answering defendants, denied for lack of information.

74(c). This paragraph makes allegations against "Red Rock Management" which, according to Paragraph #7, includes defendants other than the answering defendants. To the extent the allegations in this paragraph are directed to other defendants, no response is needed. All allegations of agency are denied. As to the answering defendants, denied for lack of information.

75.    This paragraph makes allegations against "Red Rock Management" which, according to Paragraph #7, includes defendants other than the answering defendants. To the extent the allegations in this paragraph are directed to other defendants, no response is needed. All allegations of agency are denied. As to the answering defendants, denied for lack of information.

76.    This paragraph makes allegations against "Red Rock Management" which, according to Paragraph #7, includes defendants other than the answering defendants. To the extent the allegations in this paragraph are directed to other defendants, no response is needed. As to the answering defendants, this paragraph calls for a legal conclusion to which no response is required and therefore deny. All allegations of agency are denied.

77.    This paragraph makes allegations against "Red Rock Management" which, according to Paragraph #7, includes defendants other than the answering defendants. To the extent the allegations in this paragraph are directed to other defendants, no response is needed. As to the answering defendants, deny. All allegations of agency are denied.

78.    This paragraph makes allegations against "Red Rock Management" which, according to Paragraph #7, includes defendants other than the answering defendants. To the extent the allegations in this paragraph are directed to other defendants, no response is needed. As to the

DEFENDANTS SEQUEL TSI HOLDINGS, LLC; SEQUEL YOUTH AND FAMILY SERVICES, LLC; AND SEQUEL YOUTH SERVICES OF RED ROCK CANYON, LLC, ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT - 16

FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE, PLLC
3131 Elliott Avenue, Suite 300
Seattle, WA 98121
p. 206-749-0094 · f. 206-749-0194

1  answering defendants, deny.

## SIXTH CLAIM FOR RELIEF

### (Monell Unconstitutional/Illegal Custom, Policy, or Procedure against "Red Rock Management," Jones, Marshall, and McLellan)

79.     Defendants re-allege and incorporate their responses to paragraphs 1–78.

80.     This paragraph makes allegations against "Red Rock Management" which, according to Paragraph #7, includes defendants other than the answering defendants. This paragraph also contains allegations against other individual defendants Jones, Marshall and McLellan. To the extent the allegations in this paragraph are directed to other defendants, no response is needed. As to the answering defendants, deny for lack of information. All allegations of agency are denied.

81.     This paragraph makes allegations against "Red Rock Management" which, according to Paragraph #7, includes defendants other than the answering defendants. This paragraph also contains allegations against other individual defendants Jones, Marshall and McLellan. To the extent the allegations in this paragraph are directed to other defendants, no response is needed. As to the answering defendants, deny for lack of information. All allegations of agency are denied.

82.     This paragraph is directed to other defendants and no response from the answering defendants is required. To the extent that a response from the answering defendants is required, deny for lack of information.

83.     This paragraph makes allegations against "Red Rock Management" which, according to Paragraph #7, includes defendants other than the answering defendants. This paragraph also contains allegations against other individual defendants Jones, Marshall and McLellan. To the extent the allegations in this paragraph are directed to other defendants, no

DEFENDANTS SEQUEL TSI HOLDINGS, LLC;
SEQUEL YOUTH AND FAMILY SERVICES, LLC;
AND SEQUEL YOUTH SERVICES OF RED ROCK
CANYON, LLC, ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT - 17

FAIN ANDERSON VANDERHOEF ROSENDAHL
O'HALLORAN SPILLANE, PLLC
3131 Elliott Avenue, Suite 300
Seattle, WA 98121
p. 206-749-0094 · f. 206-749-0194

1    response is needed.  As to the answering defendants, deny.  All allegations of agency are denied.

2    84.    This paragraph is directed to other defendants and no response from the answering

3    defendants is required.  To the extent that a response from the answering defendants is required,

4    deny for lack of information.

5    85.    As to the answering defendants, deny.

6    ### SEVENTH CLAIM FOR RELIEF

7    ### (Civil Rights Claim against Santi, Palm, and Stupak)

8    86.    Defendants re-allege and incorporate their responses to paragraphs 1–86.

9    87.    As to the answering defendants, deny for lack of information.  All allegations of

10    agency are also denied.

11    87(a).  As to the answering defendants, deny for lack of information.  All allegations of

12    agency are also denied.

13    87(b).  As to the answering defendants, deny for lack of information.  All allegations of

14    agency are also denied.

15    87(c).  As to the answering defendants, deny for lack of information.  All allegations of

16    agency are also denied.

17    87(d).  As to the answering defendants, deny for lack of information.  All allegations of

18    agency are also denied.

19    87(e).  As to the answering defendants, deny for lack of information.  All allegations of

20    agency are also denied.

21    88.    As to the answering defendants, deny for lack of information.  All allegations of

22    agency are also denied.

23    89.    As to the answering defendants, deny for lack of information.  All allegations of

24    agency are also denied.

25

DEFENDANTS SEQUEL TSI HOLDINGS, LLC;
SEQUEL YOUTH AND FAMILY SERVICES, LLC;
AND SEQUEL YOUTH SERVICES OF RED ROCK
CANYON, LLC, ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT - 18

FAIN ANDERSON VANDERHOEF ROSENDAHL
O'HALLORAN SPILLANE, PLLC
3131 Elliott Avenue, Suite 300
Seattle, WA 98121
p. 206-749-0094 · f. 206-749-0194

1    90.    Deny.

2                    **EIGHT CLAIM FOR RELIEF**

3    **(State Created Danger Civil Rights Claim against Jones, Marshall, and McLellan)**

4    91.    Defendants re-allege and incorporate their responses to paragraphs 1–90.

5    92.    Paragraph #92 contains allegations that do not relate to the answering defendants

6    and, as such, does not require a response.  To the extent that a response is required, the answering

7    defendants deny for lack of information.

8    93.    Paragraph #93 contains allegations that do not relate to the answering defendants

9    and, as such, does not require a response.  To the extent that a response is required, the answering

10   defendants deny for lack of information.

11   93(a).  Paragraph #93(a) contains allegations that do not relate to the answering defendants

12   and, as such, does not require a response.  To the extent that a response is required, the answering

13   defendants deny for lack of information.

14   93(b).  Paragraph #93(b) contains allegations that do not relate to the answering defendants

15   and, as such, does not require a response.  To the extent that a response is required, the answering

16   defendants deny for lack of information.

17   94.    Paragraph #95 contains allegations that do not relate to the answering defendants

18   and, as such, does not require a response.  To the extent that a response is required, the answering

19   defendants deny for lack of information.

20   95.    Paragraph #96 contains allegations that do not relate to the answering defendants

21   and, as such, does not require a response.  To the extent that a response is required, the answering

22   defendants deny for lack of information.

23   96.    Paragraph #97 contains allegations that do not relate to the answering defendants

24   and, as such, does not require a response.  To the extent that a response is required, the answering

25

DEFENDANTS SEQUEL TSI HOLDINGS, LLC;
SEQUEL YOUTH AND FAMILY SERVICES, LLC;
AND SEQUEL YOUTH SERVICES OF RED ROCK
CANYON, LLC, ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT - 19

**Fain Anderson VanDerhoef Rosendahl O'Halloran Spillane, PLLC**
3131 Elliott Avenue, Suite 300
Seattle, WA 98121
p. 206-749-0094 · f. 206-749-0194

1 | defendants deny for lack of information.

## PLAINTIFF'S PRAYER FOR RELIEF

Plaintiff's prayer for relief does not require a response. However, to the extent Plaintiff's prayer for relief contained within paragraphs I-V (including subparts) are considered to contain factual allegations, all such allegations are hereby denied.

Defendant denies any and all allegations not expressly admitted above.

## AFFIRMATIVE DEFENSES

As further answer to the Plaintiff's Complaint, and in order to preserve the right to assert affirmative defenses at trial, Defendants hereby notifies the Plaintiff that they are pleading all theories of defense available pursuant to law.  Based on the information now available, Defendants generally deny the Plaintiff's causes of action, causation, and damages, and reserves the right to assert affirmative defenses including but not limited to the following:

## FIRST AFFIRMATIVE DEFENSE

(Non-Economic Damage Cap – ORS 31.710)

To the extent plaintiffs seeks non-economic damages in excess of $500,000, Plaintiffs' claims for such damages are barred by ORS 31.710.

## SECOND AFFIRMATIVE DEFENSE

(Fault of Other Parties or Nonparties)

Plaintiff's damages, if any, were caused in whole or in part by another party.

## THIRD AFFIRMATIVE DEFENSE

(Failure to State a Claim)

Plaintiff's Complaint has failed to allege ultimate facts sufficient to constitute a claim against Defendant.

//

FAIN ANDERSON VANDERHOEF ROSENDAHL
O'HALLORAN SPILLANE, PLLC
3131 Elliott Avenue, Suite 300
Seattle, WA 98121
p. 206-749-0094 · f. 206-749-0194

1    **FOURTH AFFIRMATIVE DEFENSE**

2    (Apportionment of Fault)

3    Plaintiff's damages, if any, must be apportioned among the parties and non-parties found

4    at fault in accordance with Oregon law.

5    **FIFTH AFFIRMATIVE DEFENSE**

6    (Contributory Negligence/Comparative Fault)

7    Plaintiff's damages, if any, were caused by her own negligence or fault.

8    **SIXTH AFFIRMATIVE DEFENSE**

9    (Failure to Mitigate)

10   Plaintiff has failed to mitigate her damages in accordance with Oregon law.

11   **SEVENTH AFFIRMATIVE DEFENSE**

12   (Statute of Limitations)

13   Plaintiff has not brought this action within the allowed statute of limitations in accordance

14   with Oregon law.

15   **EIGHTH AFFIRMATIVE DEFENSE**

16   (Reservation)

17   Defendant reserves the right to assert any affirmative defense that becomes apparent during

18   the course of discovery.  The defense also reserves the right to challenge service of process.

19

20   ///

21

22   //

23

24   /

25

DEFENDANTS SEQUEL TSI HOLDINGS, LLC;
SEQUEL YOUTH AND FAMILY SERVICES, LLC;
AND SEQUEL YOUTH SERVICES OF RED ROCK
CANYON, LLC, ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT - 21

Fᴀɪɴ Aɴᴅᴇʀsᴏɴ VᴀɴDᴇʀʜᴏᴇꜰ Rᴏsᴇɴᴅᴀʜʟ
O'Hᴀʟʟᴏʀᴀɴ Sᴘɪʟʟᴀɴᴇ, PLLC
3131 Elliott Avenue, Suite 300
Seattle, WA 98121
p. 206-749-0094 · f. 206-749-0194

1

**PRAYER FOR RELIEF**

Having fully answered Plaintiff's Complaint, Defendant requests judgment in their favor by dismissing Plaintiff's claims against them, including an award of their costs and disbursements incurred as a result. Defendant requests a jury trial.

DATED this 18th day of April, 2024.

FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE, PLLC


By: /s/Eron Z. Cannon
    Eron Z. Cannon, OSB #145794
    Michelle L. Hyer, PHV
    Attorney for Defendant Sequel Youth and
    Family Services, LLC

DEFENDANTS SEQUEL TSI HOLDINGS, LLC;
SEQUEL YOUTH AND FAMILY SERVICES, LLC;
AND SEQUEL YOUTH SERVICES OF RED ROCK
CANYON, LLC, ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT - 22

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury of the laws of the State of Washington that on the date below a copy of the foregoing document was forwarded for service upon counsel of record as follows:

***Counsel for Plaintiff***
Jeremiah Ross
Ross Law LLC
1207 SW Sixth Ave.
Portland, OR 97204
ross@rosslawllc.com

☐ Regular U.S. Mail
☐ Facsimile (888) 499-2575
☐ ABC Legal Messenger
☑ E-mail/ ECF

***Counsel for Defendants State of Oregon, Marilyn Jones, Glenda Marshall, and Jana McLellan***
Craig M. Johnson
Oregon Department of Justice
Assistant Attorney General
1162 Court St. NE
Salem, OR 97301
craig.m.johnson@doj.state.or.us

☐ Regular U.S. Mail
☐ Facsimile (888) 499-2575
☐ ABC Legal Messenger
☑ E-mail/ ECF

Drew K. Baumchen
Department of Justice
1162 Court Street NE
Salem, OR 97301-0496
Drew.Baumchen@doj.state.or.us

Signed at Seattle, Washington this 18th day of April, 2024.


*/s/Donna Steinmetz*
Donna Steinmetz, *Legal Assistant*

DEFENDANTS SEQUEL TSI HOLDINGS, LLC;
SEQUEL YOUTH AND FAMILY SERVICES, LLC;
AND SEQUEL YOUTH SERVICES OF RED ROCK
CANYON, LLC, ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT - 23

FAIN ANDERSON VANDERHOEF ROSENDAHL
O'HALLORAN SPILLANE, PLLC
3131 Elliott Avenue, Suite 300
Seattle, WA 98121
p. 206-749-0094 · f. 206-749-0194