JEREMIAH ROSS, Bar No. 105980
ross@rosslawllc.com
ROSS LAW LLC
50 SW Pine Street, Suite 402
Portland, OR  97204
Telephone:  503.224.1658
Facsimile:  888.499.2575

*Attorney for Plaintiff*

JEREMY D. SACKS, Bar No. 994262
jeremy.sacks@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380
Facsimile:  503.220.2480

*Attorneys for Defendants Red Rock Canyon School, L.L.C. and Red Rock Canyon School Non-Profit Organization*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| A.S., a pseudonym,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF OREGON, by and through its Department of Human Services; RED ROCK CANYON SCHOOL, L.L.C., a limited liability company; RED ROCK CANYON SCHOOL NON-PROFIT ORGANIZATION, a foreign nonprofit; SEQUEL TSI HOLDINGS, LLC, a foreign limited liability company; SEQUEL YOUTH AND FAMILY SERVICES, LLC, a foreign limited liability company; VIVANT BEHAVIORAL | Case No.: 3:23-cv-01643-MO<br><br>STIPULATION (1) WITHDRAWING RED ROCK ENTITIES' RULE 12(B)(5) MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS; AND (2) REQUESTING ORDER GRANTING RED ROCK ENTITIES' RULE 12(B)(2) MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION |

Page 1 –  STIPULATION (1) WITHDRAWING RED ROCK ENTITIES' RULE 12(B)(5) MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS; AND (2) REQUESTING ORDER GRANTING RED ROCK ENTITIES' RULE 12(B)(2) MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

HEALTHCARE, LLC, a foreign limited
liability company; SEQUEL YOUTH
SERVICES OF RED ROCK CANYON, LLC,
a foreign limited liability company;
MARILYN JONES, in her individual and
official capacity; JANA McLELLAN, in her
individual and official capacity; GLENDA
MARSHALL, in her individual and
professional capacity; RYAN SANTI, in his
individual and official capacity; GENA
PALM, in her individual and professional
capacity; and JOHN STUPAK, in his
individual and official capacity; and CARE
YOUTH CORPORATION, a foreign
corporation,

           Defendants.

Counsel for plaintiff and counsel for defendants Red Rock Canyon School, L.L.C. and Red Rock Canyon School Non-Profit Organization (hereinafter jointly referred to as the "Red Rock Entities") stipulate as follows:

    1.      The Red Rock Entities withdraw their Rule 12(b)(5) Motion to Dismiss for Insufficient Service of Process. (ECF 52)

    2.      Plaintiff and the Red Rock Entities stipulate that the law and facts are sufficient for the Court to grant the relief set forth in the Red Rock Entities' Rule 12(b)(2) Motion for Lack of Personal Jurisdiction (ECF 53), and request that the Court enter an order granting that motion and dismissing Plaintiffs' Amended Complaint against the Red Rock Entities for the reasons set for in the Red Rock Entities' Rule 12(b)(2) Motion to Dismiss.

Page 2 –    STIPULATION (1) WITHDRAWING RED ROCK ENTITIES' RULE 12(B)(5)
              MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS; AND (2)
              REQUESTING ORDER GRANTING RED ROCK ENTITIES' RULE 12(B)(2)
              MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION
123720576.1 0083436-00001

3. All parties shall bear their own attorneys' fees and costs associated with the motions set forth above.

DATED: June 25, 2024.

| ROSS LAW LLC | STOEL RIVES LLP |
|---|---|
| */s/ Jeremiah Ross* | */s/ Jeremy D. Sacks* |
| JEREMIAH ROSS, Bar No. 105980 | JEREMY D. SACKS, Bar No. 994262 |
| ross@rosslawllc.com | jeremy.sacks@stoel.com |
| *Attorney for Plaintiff* | *Attorneys for Defendants Red Rock Canyon School, L.L.C. and Red Rock Canyon School Non-Profit Organization* |

IT IS SO ORDERED.

DATED: 2 July 2024

_____
THE HONORABLE MICHAEL W. MOSMAN
U.S. DISTRICT COURT JUDGE

Page 3 – STIPULATION (1) WITHDRAWING RED ROCK ENTITIES' RULE 12(B)(5) MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS; AND (2) REQUESTING ORDER GRANTING RED ROCK ENTITIES' RULE 12(B)(2) MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

123720576.1 0083436-00001