Eron Z. Cannon, OSB No. 145794
Michelle Hyer, admitted PHV 12/12/23
eron@favros.com
michelleh@favros.com
**FAIN ANDERSON VANDERHOEF**
**ROSENDAHL O'HALLORAN SPILLANE, PLLC**
3131 Elliott Avenue, Suite 300
Seattle, WA 98121
Telephone: 206.749.0094
Facsimile: 206.749.0194
Attorneys for Defendant Sequel Youth
and Family Services, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| A.S. a pseudonym,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>STATE OF OREGON, by and through its Department of Human Services, RED ROCK CANYON SCHOOL, L.L.C., a limited liability company, RED ROCK CANYON SCHOOL NON-PROFIT ORGANIZATION, a foreign nonprofit; SEQUEL TSI HOLDINGS, LLC, a foreign limited liability company; SEQUEL YOUTH AND FAMILY SERVICES, LLC, a foreign limited liability company; VIVANT BEHAVIORAL HEALTHCARE, LLC, a foreign limited liability company; SEQUEL YOUTH SERVICES OF RED ROCK CANYON, LLC, a foreign limited liability company. MARILYN JONES in her individual and official capacity; JANA MCLELLAN, in her individual and official capacity; GLENDA MARSHALL in her individual and professional capacity; RYAN SANTI, in his individual and official capacity; GENA PALM, in her individual and professional capacity; and JOHN STUPAK, in his individual and official capacity; and CARE YOUTH CORPORATION, a foreign corporation,<br>　　　　　Defendants. | NO. 3:23-cv-01643<br><br>STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)<br>(all claims and cross claims, all defendants)<br><br>NOTED ON MOTION CALENDAR:<br>**(SAME DAY MOTION)** |

STIPULATION AND ORDER FOR VOLUNTARY
DISMISSAL WITH PREJUDICE PURSUANT TO
F.R.C.P. 41(a)(1)(A)(ii) - 1

(CASE NO. 3:20-cv-05468)

**FAIN ANDERSON VANDERHOEF**
**ROSENDAHL O'HALLORAN SPILLANE, PLLC**
3131 Elliott Avenue, Suite 300
Seattle, WA 98121
p. 206-749-0094 • f. 206-749-0194

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED between the undersigned parties, through their respective counsel of record, that Department of Human Services; Red Rock Canyon School, L.L.C.; Red Rock Canyon School Non-Profit Organization; Sequel TSI Holdings, LLC; Sequel Youth And Family Services, LLC; Vivant Behavioral Healthcare, LLC, Sequel Youth Services Of Red Rock Canyon, LLC; Jana McLellan; Glenda Marshall; Ryan Santi; Gena Palm; John Stupak, And Care Youth Corporation may be dismissed from the above-entitled matter with prejudice and without any cost to any party pursuant to the Federal Rules of Civil Procedure 41(a). The parties similarly stipulate that the entire action shall be dismissed with prejudice.

DATED this _29th_ day of October, 2024.

ROSS LAW LLC

By_____ 10/28/2024
Jeremiah Ross, OSB #105980
Counsel for Plaintiff

FAIN ANDERSON VANDERHOEF
ROSENDAHL
O'HALLORAN SPILLANE, PLLC

By __/s/Michelle L. Hyer_____
Eron Z. Cannon, OSB #145794
Michelle L. Hyer, PHV Pending
Counsel for Defendant Sequel Youth
and Family Services, LLC

STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) - 2

(CASE NO. 3:20-cv-05468)

FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE, PLLC
3131 Elliott Avenue, Suite 300
Seattle, WA 98121
p. 206-749-0094 • f. 206-749-0194

| | |
|---|---|
| OREGON DEPARTMENT OF JUSTICE<br>ASSISTANT ATTORNEY GENERAL<br><br>By  /s/Drew K. Baumchen<br>Craig M. Johnson, OSB # 080902<br>Drew K. Baumchen, OSB # 045032<br>Counsel for Defendants State of Oregon, Marilyn Jones, Glenda Marshall, and Jana McLellan | CARE YOUTH CORPORATION<br><br>By *Jonathan O. Hafen*<br>Jonathan Hafen, Corporate Representative |

## ORDER

Based upon the foregoing Stipulation, IT IS HEREBY ORDERED, ADJUDGED and DECREED that Defendants State of Oregon, by and through its Department of Human Services; Red Rock Canyon School, L.L.C.; Red Rock Canyon School Non-Profit Organization; Sequel TSI Holdings, LLC; Sequel Youth And Family Services, LLC; Vivant Behavioral Healthcare, LLC, Sequel Youth Services Of Red Rock Canyon, LLC; Jana McLellan; Glenda Marshall; Ryan Santi; Gena Palm; John Stupak, And Care Youth Corporation are dismissed from the above-entitled matter with prejudice and without any cost to any party.  This action is also dismissed with prejudice and the Clerk of the Court is directed to close this case.

DATED this  1st  day of November, 2024

*Michael W. Mosman*
THE HONORABLE MICHAEL W. MOSMAN
U.S. DISTRICT COURT JUDGE

STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) - 3

(CASE NO. 3:20-cv-05468)

**FAIN ANDERSON VANDERHOEF**
**ROSENDAHL O'HALLORAN SPILLANE, PLLC**
3131 Elliott Avenue, Suite 300
Seattle, WA  98121
p. 206-749-0094 • f. 206-749-0194